ART. GOODNIGHT v. CITY OF PAWNEE.

Appeal from Pawnee County Court; N. E. McNeil, Judge.

No. A-1023.   Opinion Filed January 17, 1912.

Art. Goodnight was convicted of violating the prohibitory law, and appeals. Affirmed.

L. V. Orton, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. After a careful examination of the record in this case, we think the judgment of the trial court should be affirmed. It is so ordered.